UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILMINGTON PT CORP.,                                    Case No.: 1:20-cv-7905

                              Plaintiff,

        vs.


ROLFI ALONZO; WALL STREET MORTGAGE
BANKERS LTD. d/b/a POWER EXPRESS;
NEW YORK CITY ENVIORNMENTAL
CONTROL BOARD,

                              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## ORDER  DISMISSING ACTION

1.      This Action was commenced by Plaintiff by filing a Complaint on September 24,

2020, seeking to foreclose on a loan executed by defendant Rolfi Alonzo ("Alonzo") on the basis

that Alonzo defaulted on the loan. *See* ECF Dkt. No.: 1.

2.      All defendants were served with the Summons and Complaint. *See* ECF Dkt. Nos.:

12 – 14. All defendants failed to answer the Complaint or otherwise appear, and Plaintiff filed

requests seeking Certificates of Default. *See* ECF Dkt. Nos.: 16, 17, and 22.

3.      On December 23, 2020 and on January 7, 2021 the Clerk entered the default of all

defendants. *See* ECF Dkt. Nos.: 19, 20, 21.

4.      Plaintiff and Alonzo have agreed to settle the matter through a loan modification.

As a result of this settlement it is

        **ORDERED,** that this action is dismissed without prejudice.

**SO ORDERED.**

Honorable Paul A. Engelmayer
United States District Court
Southern District of New York


July 1, 2021